IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Patrick S. Lasley,                                          :
                                                            :
          Plaintiff(s),                                     :
                                                            :     Case Number: 1:10cv394
     vs.                                                    :
                                                            :     Chief Judge Susan J. Dlott
Commissioner of Social Security,                            :
                                                            :
          Defendant(s).                                     :

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge

Stephanie K. Bowman filed on July 28, 2011 (Doc. 13), to whom this case was referred pursuant to 28

U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such

objections under Fed. R. Civ. P. 72(b) expired August 15, 2011, hereby ADOPTS said Report and

Recommendation.

Accordingly, the decision of the Commissioner to deny plaintiff Disability Insurance Benefits

(DIB) is **REVERSED** and this matter is **REMANDED** under sentence four of 42 U.S.C. § 405(g).

On remand, the ALJ is instructed to: (1) re-evaluate the medical source opinions of record

under the legal criteria set forth in the Commissioner's Regulations, Rulings and as required by case

law; (2) seek consulting opinions if necessary and (3) reconsider, under the required sequential

evaluation procedure, whether plaintiff was under a disability and thus eligible for benefits.

This case is hereby **TERMINATED** from the Court's docket.

IT IS SO ORDERED.


             ___s/Susan J. Dlott_____
             Chief Judge Susan J. Dlott
             United States District Court