IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Patrick S. Lasley, : | |
| : | |
| Plaintiff(s), : | |
| : | Case Number: 1:10cv394 |
| vs. : | |
| : | Chief Judge Susan J. Dlott |
| Commissioner of Social Security, : | |
| : | |
| Defendant(s). : | |

ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Stephanie K. Bowman. Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on July 29, 2013 a Report and Recommendation (Doc. 19). Subsequently, the plaintiff filed objections to such Report and Recommendation (Doc. 20), defendant filed a response to plaintiff's objections (Doc. 21) and plaintiff filed a reply to the response to plaintiff's counsel's objections (Doc. 22).

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendation should be adopted.

Accordingly, plaintiff's motion for approval of attorney's fee under 42 U.S.C. §406(b) (Doc. 16) is **GRANTED** only in part, with plaintiff's claimed fee to be reduced to not more than the sum of $12,780.00, representing a contingency fee that reflects a calculated hourly fee of $360.00 per hour.

Counsel are reminded that motions filed under §406(b) will be timely filed and better

supported, to the extent that a claim is made for fees so far in excess of the "per se reasonable" contingency rate for such cases.

  IT IS SO ORDERED.

                ___s/Susan J. Dlott_____
                Chief Judge Susan J. Dlott
                United States District Court